IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROOTED POTS, LLC

    Plaintiff,

vs.                                                                        CASE NO.: 6:25-CV-00732
SUGAR GEEK SHOW INC.,

    Defendant.

_____/

## COMPLAINT

Plaintiff, ROOTED POTS, LLC ("Rooted Pots" or "Plaintiff") hereby files this Complaint to recover damages arising from violations of ROOTED POTS, LLC's intellectual property rights by Defendant, SUGAR GEEKS SHOW, INC. ("Sugar Geeks" or "Defendant") alleges:

## INTRODUCTION

1. This action arises from Defendant's willful and intentional commercial infringement of Plaintiff's copyrights on Defendant's Instagram and Tik-Tok accounts. Defendant reproduced, disseminated, and displayed virtually the entirety of Plaintiff's work. Defendant's conduct should not be permissible.

## THE PARTIES

2. Plaintiff is, and at all relevant times has been, a corporation incorporated in Portland, Oregan.

3. Defendant is a limited liability company in Austin, Texas.

## JURISDICTION AND VENUE

4. The Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331, 1338, & 1367 in that the claims arise under an act of Congress relating to copyrights.

5. This Court has jurisdiction over the Defendant because it conducts business in Florida.

6. Plaintiff contends that there is both specific and general jurisdiction over Defendant in Florda, that Defendant has sufficient minimum contacts to satisfy due process, and the exercise of jurisdiction over Defendant comports with traditional notions of fair play and substantial justice.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred within this judicial district and division. Alternatively, there is no other federal judicial district that could adjudicate all claims and all parties in this case.

## THE FACTS

### *Rooted Pots and Its Business*

8. Rooted Pots is a business that sells Afrocentric planters internationally. It works with businesses such as HomeGoods. Rooted Pots has received attention from Essence, Black Enterprise, Yahoo Finance, and Marie Claire.

9. Plaintiff's owner, Yinka Alade is an entrepreneur with over 15 years of experience in the video game and digital arts industry. His portfolio includes work with industry giants such as Disney, Hasbro, Activision, and Pixar. He created Rooted Pots to promote self-love and beauty of African natural traits and history.

10. On or around November 29, 2019, Plaintiff created Onileola. Onileola is an Afrocentric planter of an African woman's head made of plastic Polylactic Acid (PLA) which have been sold in various locations.

11. On or about March 27, 2024, Plaintiff registered Onileola with the Register of Copyrights pursuant to 17 U.S.C. §411(a).

12. Plaintiff is the owner of the entire right, title, and interest in and to Onileola, and to the copyrights thereon and the registrations thereof.

13. Plaintiff's copyrights are valid and enforceable, and Plaintiff has the exclusive right to the use, reproduction, distribution, and importation of its copyrighted work.

### *Defendant and its business*

14. Defendant is a business used to sell courses on creating cakes created by its owner Elizabeth (also known as Liz) Marek.

15. Defendant also has an online school called Sugar Geeks University in which its owner teaches its members how to create cakes.

16. Defendant also maintains Instagram and Tik-Tok accounts that it uses commercially to further its reputation and promote its commercial business.

### *Defendant's Infringement on Rooted Plants' Onileola*

17. On November 1, 2021, Defendant posted a video representation of Plaintiff's identical to Plaintiff's work called Onileola on its Facebook page: https://www.facebook.com/sugargeekshow/posts/pfbid0f9HWi5HGpoFxof4rc2fN2KCGoCEcjUdPFS747a3DjSGtXrtR7s64wNWS8cTepyXTl to promote her sold out cake baking course at SoFlo Cake and Candy Expo: https://www.edgereg.net/er/EventHomePage/CustomPage.jsp?ActivityID=31718&ItemID=1299

85 on April 29 through May 1, 2022. Defendant renamed Rooted Pots' Onileola as "Plants on My Mind." A copy of Defendant's flying is attached as **Exhibit: E**.

18. On February 23, 2022, Defendant posted a video representation a cake created by its owner on its Instagram page: https://www.instagram.com/tv/CaU6jSOp65F/?igsh=ZGRpZTc4OHo1bGE1 that is nearly identical to Onileola. In this post, Defendant explicitly states that she created this cake for Black History Month, and it was inspired by Marie Clark Taylor, the first African American to get a Doctors of Philosophy (PhD) in botany. A copy of the cake is attached as **Exhibit: F**.

19. When purchased, Onileola has a product tag around the neck of it that displays Rooted Pots as the owner of the work. Additionally, it gives a detailed description of the owner of Rooted Pots and how the Onileola started. A copy of the product tag is attached as **Exhibit: G**.

20. Also, Rooted Pots' website: RootedPots.com is engraved on the back of the Onileola. A picture of the engravement on each Onileola is attached as **Exhibit: H**.

21. At all times, the posting of Onileola was made and promoted without authorization from Rooted Pots.

22. On information and belief, Defendant made additional use of Onileola without permission from Rooted Pots.

23. Defendant is evidently a savvy user of social media, having garnered a significant number of at least 2.6 million followers on Tik-Tok, approximately 546,000 followers on Instagram, approximately 559,000 followers on Facebook, and approximately 558,000 followers on YouTube.

24. Due to the globally accessible nature of the Internet, the post was accessible by billions of users across the world.

25. On April 21, 2022, Plaintiff's owner, Mr. Alade, was made aware of Defendant's post showing a cake similar to Onileola.

26. On April 22, 2022, Defendant's owner posted a video on Tik-Tok and Instagram regarding the situation in which Ms. Marek admitted purchasing Onileola from HomeGoods.

27. Despite making the video, Defendant used Rooted Pots' product to promote her baking course. On April 27, 2022, Plaintiff's Owner, Mr. Alade, found a flyer using the exact Onileola Pot to promote Defendant's baking course. That same day Mr. Alade contacted Defendant owner regarding the misappropriation.

28. As such, Defendant copied, displayed, and distributed Onileola and made derivatives of Onileola without Plaintiff's authorization in violation of 17 U.S.C. §501.

29. Defendant has infringed upon and continues to infringe upon Plaintiff's copyrighted Onileola in the course and scope of its business activities.

30. Defendant's acts of copyright infringement were and continue to be willful.

31. Defendant's copyright infringement has caused substantial actual damages to Plaintiff.

WHEREFORE, Plaintiff, Rooted Pots, LLC, demands judgment against Defendant, SUGAR GEEK SHOW INC., as follows:

(1) That Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from continuing to use the copyrighted Works of Plaintiff;

(2) That Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement;

(3) That Plaintiff be awarded its attorneys' fees under 17 U.S.C. §505, costs, and prejudgment and post judgment interest;

(4) That Defendant be required to account for all profits, income, receipts, or other benefits derived by it as a result of its unlawful conduct; and

(5) Such other and further relief as the Court deems just and proper.

<u>DEMAND FOR JURY TRIAL</u>

Plaintiff, Rooted Pots, LLC, hereby requests a trial by jury on all issues so triable.

*/s/ Enyinnaya Uche*
Enyinnaya Uche, Esq.
Florida Bar No.: 534021
E-mail: euche@uchelawfl.com (primary)
UCHE LAW
3001 39th Street
Orlando, Florida 32801
Tel: 407.473.3991
Attorney for Plaintiff, Rooted Pots, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the Clerk of Court and via Florida e-Filing Portal to the following, this 26th day of April, 2025:

OMAR TRAVIS LANDERY, ESQ.
Florida Bar No.: 495875
E-Mail: olandery@landerylawa.com
LANDERY LAW OFFICE
3348 Peachtree Road NE,
STE 700,
Atlanta, GA
Tel: 404.593.0506
**Attorney for Defendant**

/ s / *Enyinnaya Uche*
Enyinnaya Uche, Esq.
Florida Bar No.: 534021
E-mail: euche@uchelawfl.com (primary)
UCHE LAW
3001 39th Street
Orlando, Florida 32801
Tel: 407.473.3991
Attorney for Plaintiff, Rooted Pots, LLC